

MEMO ENDORS

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8570

November 13, 2019

**BY SDNY ECF**

Honorable Kenneth M. Karas
United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

**Re:** Maione et al. v. Zucker, et al., S.D.N.Y. 18-cv-7452 (KMK) (PED)

Your Honor:

This office represents the State Defendants in this action. This letter motion is submitted to seek the Court's approval for an additional 5 pages for the memorandum of law State Defendants anticipate filing on November 19, 2019 in support of their motion to dismiss the amended complaint. A number of developments relevant to the motion have occurred since State Defendants filed their first motion to dismiss the original complaint and it has proved difficult to include those facts, and some additional arguments, within the Court's standard 25-page limit for memoranda of law. Accordingly, State Defendants request that the Court allow them to file up to a 30 page memorandum of law in support of their motion to dismiss the Amended Complaint.

In addition, State Defendants' letter motion seeking additional time to file their motion to dismiss, which motion the Court granted (ECF No. 111), included a date for the motion (November 19) and Plaintiffs' opposition (December 19), but, inadvertently, no date for State Defendants' reply papers. State Defendants request that the Court allow the State Defendants to file their reply papers on or before January 6, 2020.

Respectfully submitted,

John Gasior, AAG

Granted,
So Ordered.

KMK
11/14/19

28 Liberty Street, New York, New York 10005 ● Tel.: (212) 416-8610 ● Fax: (212) 416-6075 (Not For Service of Papers)
www.ag.ny.gov