# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

MAIONE / OSTLER

*Granted.*
*So Ordered.*
*[signature] 10/27/20*

18 cv 7452 (KMK)(SD)

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

DR. HOWARD A. ZUCKER, et. al.,

**MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL**

(List the full name(s) of the defendant(s)/respondent(s).)

I move under Federal Rule of Appellate Procedure 24(a)(1) for leave to proceed *in forma pauperis* on appeal. This motion is supported by the attached affidavit.

Dated: 10/20/20

Signature: [Tasha Ostler]

Name (Last, First, MI): OSTLER, TASHA, J / MAIONE, SCOTT, A

Address: 87 SHETLAND DR, NEW CITY, NY 10956

Telephone Number: 845-572-8314

E-mail Address: NOSHLER@AOL.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 2 3 2020

Rev. 12/23/13