EXHIBIT F



FE.S.
MC0000092

**NEW YORK**
state department of

Commissioner

Executive Deputy Commissioner

**RECEIVED**
DEC 11 2013
ROCKLAND COUNTY
DEPT. OF SOCIAL SERVICES

December 9, 2013

Office of Administrative Hearings
NYS Office of Temporary & Disability Assistance
P.O. Box 1930
Albany, NY 12201-1930

RE:  DOH Court Case Reimbursement
Appellant's Name: Jackson Maione c/o Tasha Ostler
Fair Hearing Number: 6223734H
Hearing Date: 12/16/2013

To Whom It May Concern:

This will acknowledge receipt of the notice that the above fair hearing is being scheduled for Tasha Ostler (parent) on behalf of Jackson Maione (appellant). This information is submitted in relation to the hearing and submitted in lieu of personal appearance.

Claims were submitted to our office in 2013 for reimbursement for services rendered to the appellant. A completed form OHIP-0031 – Claim Transmittal Form was not submitted with the receipts; therefore New York State Department of Health (DOH) staff completed a Form OHIP-0031 based on those receipts that we interpreted to be legitimate Medicaid claims. The claim, as outlined in the schedule below, was processed on August 23, 2013.

| Provider | Date of Service | Description of Service | Total Charged | Appellant Paid (after private insurance | Amount DOH Paid Appellant | Reason |
|---|---|---|---|---|---|---|
| Varies | Varies | Physician Service Copays | $1,209.00 | $152.43 | $0.00 | MA does not pay copays. |
| Mt. Kisco Medical Group | 3/1/11 – 10/28/11 | Physician Service Copays | Not specified | $240.00 | $0.00 | MA does not pay copays. |
| Drug World of West Nyack | 3/30/11 – 3/26/13 | Prescription drugs | Not specified | $367.24 | $41.54 | MA pays up to the MA rate for the prescription. Missing NDC codes. Claims after the Krieger period. |
| No. Westchester Hospital | 4/14/11 – 12/1/11 | Breast pump rental | $360.00 | $360.00 | 63.00 | Payment for 1 claim was processed based |