**FRAP Form 1. Notice of Appeal to Court of Appeals From a Judgment or Order of a District Court.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

Scott Maione and Tasha Ostler, on behalf of themselves, etc.,

                Plaintiffs,        **1:18-CV-07452 (KMK)**

     -v-                               **NOTICE OF APPEAL**

Dr. Howard A. Zucker, et alia,

                Defendants.
_____

      **NOTICE** is hereby given that Plaintiffs in the above captioned matter, hereby appeal to the United States Court of Appeals for the Second Circuit from an order and opinion of the United States District Court for the Southern District of New York, per the Honorable Kenneth M. Karas, United States District Judge, and each and every part thereof, dated and entered on March 15, 2022 (the "Order"), granting the Motion of Defendants to dismiss Plaintiff's Second Amended Complaint.

Dated: April 13, 2022                        /s/ *Louis J. Maione*

                                                    Louis J. Maione (8589)
                                                    Attorney for Appellant
                                                    303 E. 57th St., 30th Fl.
                                                    N.Y. N.Y. 10022