



**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-5682

November 8, 2023

**BY ECF**
Hon. Kenneth M. Karas
United States District Court, Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re: *Maione et al. v. Zucker et al.*, 7:18-cv-07452-KMK
    <u>Request for Adjournment of Court Conference</u>

Dear Judge Karas:

    I am a Deputy Section Chief in the New York State Office of the Attorney General's Litigation Bureau. My office represents the Commissioner of the New York State Department of Health and the Commissioner of the New York State Office of Temporary and Disability Assistance (collectively, "State Defendants") in the above referenced matter.

    I write to respectfully request a two-week adjournment of the status conference that is currently scheduled for November 20, 2023. <u>See</u> ECF Doc. No. 191. The Assistant Attorney General who previously served as counsel of record for State Defendants, John Gasior, recently retired, and the Assistant Attorney General who is now assigned to this matter, Henry Bluestone Smith, will be out of the country on November 20, 2023. Assistant Attorney General Smith's application for admission to the United States District Court, Southern District of New York is currently being processed, and he will file a Notice of Appearance once he is admitted.

    Plaintiff's Counsel and counsel for the other Defendants in this action consent to this request for a two-week adjournment of the status conference to December 4, 2023, or as soon thereafter as the Court may schedule.

    Thank you for your consideration of this request.

Granted.

The conference is adjourned to
12/ 4 /23, at 2:30

So Ordered.
*/s/*
11/8/23

Respectfully requested,

/s/ Samantha L. Buchalter
Samantha L. Buchalter
Assistant Attorney General
28 Liberty Street
New York, New York 10005
(212) 416-5682

Hon. Kenneth M. Karas  
November 8, 2023

Page 2

cc: All Counsel of Record