# Rockland County
### Ed Day, Rockland County Executive

**OFFICE OF THE COUNTY ATTORNEY**
Thomas E. Humbach
*County Attorney*

October 22, 2024

**VIA CM/ECF**
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

    Re:    *Maione et al v. Zucker et al*
              *No.: 7:18-cv-07452-KMK*
              *Rockland County Law Department File No.: 2018-04417*

Dear Judge Karas:

    This office represents the Rockland County Defendants in the above-referenced matter. We write to request a brief adjournment of the Court telephonic conference scheduled for October 25, 2024. Your undersigned will be on vacation that day. The Attorney General's Office, attorneys for the State Defendants, has consented to the requested adjournment.

    After numerous attempts our office was able to contact Louis J. Maione, attorney for the Plaintiffs, who refused to consent to the requested adjournment. Apparently, Attorney Maione has not put aside his animosity as the Court expected.

    We thank the Court for its time and consideration in this matter.

Very truly yours,

/S/ Larraine S. Feiden
LARRAINE S. FEIDEN
Principal Assistant County Attorney
Tel.: (845) 638-5099
E-mail: feidenl@co.rockland.ny.us

*Handwritten:* Granted. The teleconference will be held on Thursday 10/31/2024 at 3:30 p.m.

SO ORDERED: [signature]
HON. KENNETH M. KARAS U.S.D.J.
10/23/2024

11 New Hempstead Road • New City, New York 10956 • Phone: (845) 638-5180 • Fax: (845) 638-5676
RocklandCountyNY.gov