**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
SCOTT MAIONE AND TASHA OSTLER, on
behalf of their three children,

                    Plaintiff,

          -against-                                    18 **CIVIL** 7452 (KMK)

                                                       **JUDGMENT**

DR. JAMES MCDONALD, et al.,

                    Defendants.
----------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated September 18, 2025, Defendants' Motions are

granted with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

          September 24, 2025

                                        **TAMMI M. HELLWIG**
                                        _____
                                              **Clerk of Court**


          **BY:**          *K. Mango*
                                        _____
                                              **Deputy Clerk**